**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

CASE NO.: 1:19-cv-02234-KMT

CARLOS BRITO,

    Plaintiff,

v.

SOUTH NEVADA BROOKSIDE LLC,
a Limited Liability Company a/k/a
SOUTH NEVADA BROOKSIDE PTNSP,

    Defendant.

---

**JOINT NOTICE OF SETTLEMENT**

---

Plaintiff, CARLOS BRITO and Defendant, SOUTH NEVADA BROOKSIDE LLC, by and through Plaintiff's undersigned counsel and Defendants' principals and general counsel, (*collectively, "Parties"*), submit this Joint Notice of Settlement as follows:

1. The Parties reached a settlement agreement resolving the dispute that gave rise to this action.

2. The Parties have reached a settlement with respect to all claims and defenses asserted by and between them in this action.

3. Pursuant to the Parties' settlement agreement, the Parties will file a stipulated Motion for Dismissal with Prejudice within thirty (30) days of this Notice.

Dated this 16th day of July, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez*  | */s/ Joseph R. Kummer* |
| ANTHONY J. PEREZ | JOSEPH J. KUMMER |
| GARCIA-MENOCAL & PEREZ, P.L. | MARK J. JACHIMIAK |
| 1600 Broadway | JACHIMIAK PETERSON, LLC |
| Denver, Colorado 80202 | 1819 Denver West Drive, Suite 265 |
| Telephone: (303) 386-7208 | Golden, CO 80401 |
| Facsimile (305) 386-7208 | Telephone: (303) 863-7700 |
| Email: ajperez@lawgmp.com | Email: mjachimiak@jpfirm.law |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-mailed via the Court's electronic filing system upon all parties of record this 16th day of July, 2020.

*/s/ Anthony J. Perez*_____
ANTHONY J. PEREZ

2