**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO.: 1:19-cv-02234-KMT

CARLOS BRITO,

      Plaintiff,

v.

SOUTH NEVADA BROOKSIDE LLC,
a Limited Liability Company a/k/a
SOUTH NEVADA BROOKSIDE PTNSP,

      Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff, CARLOS BRITO and Defendant, SOUTH NEVADA BROOKSIDE LLC a Limited Liability Company a/k/a SOUTH NEVADA BROOKSIDE PTNSP, having entered into a Confidential Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice and, except as otherwise agreed to by the Parties in their Agreement, each party shall bear its respective fees and costs.

Jointly submitted this 17th, day of August, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Joseph R. Kummer* |
| ANTHONY J. PEREZ | JOSEPH R. KUMMER |
| GARCIA-MENOCAL & PEREZ, P.L. | Jachimiak Peterson, LLC 555 |
| 1600 Broadway, Suite 1600 | 1819 Denver West Drive |
| Denver, CO 80202 | Suite 265 |
| Telephone: (303) 386-7199 | Golden, Colorado 80401 |
| Primary Email: ajperezlaw@gmail.com | Telephone: (303) 863-7700 |
| Secondary Email: aquezada@lawgmp.com | Facsimile: (303) 830-8772 |

*Attorney for Plaintiff*                                    E-mail: jkummer@jpfirm.law
                                                            *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 17th, day of August, 2020.

               Respectfully submitted,

               **GARCIA-MENOCAL & PEREZ, P.L.**
               *Attorneys for Plaintiff*
               1600 Broadway, Suite 1600
               Denver, CO 802023
               Telephone: (303) 386-7199
               Primary E-Mail: ajperezlaw@gmail.com
               Secondary E-Mail: aquezada@lawgmp.com

               By: */s/ Anthony J. Perez*____
                 ANTHONY J. PEREZ